## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| WENDY HOLSINGER, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:16-cv-150 |
| CITIBANK, N.A., | ) |
| Defendant. | ) |

### PLAINTIFF'S COMPLAINT

Plaintiff, WENDY HOLSINGER ("Plaintiff"), through her attorneys, alleges the following against Defendant, CITIBANK, N.A. ("Defendant"):

### INTRODUCTION

1. This action is brought pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the conduct giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transacts business in this district.

### PARTIES

4. Plaintiff is a natural person at times relevant residing in Frederick County, Mount Airy, Maryland.

5. Defendant is a business entity with a business office located in New York, New York.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

7. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

8. Defendant places collection calls to Plaintiff's cellular telephone at phone number (240) 674-19XX.

9. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 816-420-1002.

10. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

11. On or around September 28, 2015 at approximately 12:13 p.m., Plaintiff spoke with Defendant's representative "Rosh" and stated that she no longer wished to receive telephone calls to her cellular telephone.

12. Plaintiff revoked any consent, express, implied, or otherwise, to receive automated collection calls from Defendant during the September 28, 2015 phone call.

13. Despite Plaintiff's request to cease, Defendant continued to place at least two hundred ninety-three (293) automated calls to Plaintiff without consent to do so over an approximate three-month period between September, 2015 and December, 2015.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

14. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation

pursuant to 47 U.S.C. § 227(b)(3)(B).

15. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, WENDY HOLSINGER, respectfully requests judgment be entered against Defendant, CITIBANK, N.A., for the following:

16. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B),

17. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

18. All court costs, witness fees and other fees incurred,

19. Any other relief that this Honorable Court deems appropriate.

Dated: January 13, 2016                              RESPECTFULLY SUBMITTED,

                                        By: /s/ Michael Siddons
                                            Michael Siddons (SBN 19041)
                                            Michael A. Siddons, Esquire
                                            The Law Office of Michael Alan Siddons, Esquire
                                            230 N. Monroe Street
                                            PO Box 403
                                            Media, PA 19063
                                            (410) 705-0970