IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WENDY HOLSINGER | * |
| Plaintiff | * |
| v. | * |
| | *   Civil Action No. WMN-16-150 |
| CITIBANK, N.A. | * |
| Defendant | * |

## ORDER

Before the Court is the "Joint Motion for Order Directing the Parties to Arbitrate their Dispute and to Stay Case Pending Resolution of Plaintiff's Claim in Arbitration." ECF No. 8. Upon consideration of the joint motion, and in light of the agreement of all parties thereto, IT IS this 15th day of March, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That the Joint Motion to Stay, ECF No. 8, is GRANTED;

(2) That this case is STAYED pending completion of arbitration;

(3) That the Clerk is directed to CLOSE this case administratively, subject to reopening on the request of any party upon conclusion of arbitration; and

(4) That the Clerk of the Court shall transmit a copy of this Order to all counsel of record.

/s/
William M. Nickerson
Senior United States District Judge