**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| WENDY HOLSINGER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:16-cv-00150-WMN |
| | ) |
| CITIBANK, N.A., | ) |
| | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, WENDY HOLSINGER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: September 25, 2017        RESPECTFULLY SUBMITTED,

                                            By:    /s/ Michael A. Siddons
                                                      Michael A. Siddons
                                                      The Law Office of Michael Alan Siddons
                                                      230 N. Monroe Street
                                                      Media, PA 19063
                                                      T: 410-705-0970
                                                      Msiddons@siddonslaw.com
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2017, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Michael A. Siddons
Michael A. Siddons
Attorney for Plaintiffs